1076

[No. 45967-8-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH COUNT BERGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03795-9, Norma Smith Huggins, J., entered January 21, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46648-8-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL ANDREE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09932-8, Terence Lukens, J., entered March 27, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Ellington, J.

[No. 46852-9-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH STARLING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00470-9, Patricia H. Aitken, J., entered June 2, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46936-3-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS WARE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03314-7, Patricia H. Aitken, J., entered July 7, 2000. *Affirmed* by unpublished per curiam opinion.